**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JUAN ESTEBAN ALVAREZ PENA,

Petitioner,

v. No. 2:26-cv-02661-MLG-KRS

TODD BLANCHE, in his official capacity as Attorney General of the United States; MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; DAVID VENTURELLA, in his official capacity as Acting Director of the U.S. Immigration and Customs Enforcement; MARY DE ANDA-YBARRA, in her official capacity as El Paso Field Office Director, U.S. Immigration and Customs Enforcement; and WARDEN of the Otero County Processing Center,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER**

This matter is before the Court on Petitioner Juan Esteban Alvarez Pena's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), Doc. 1. Having considered the Petition, and having held a hearing on September 30, 2026, and being otherwise fully informed, the Court finds that it is well taken and should be granted. For the reasons stated on the record during the September 30, 2026, hearing, the Court grants the Petition.

Alvarez Pena must be released within forty-eight hours of the entry of this Order. Alvarez Pena shall be released with all of his property, including identification documentation, that was in his possession when he was detained by Respondents, along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA